**Order entered July 12, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00261-CV

### IN THE INTEREST OF A.B. AND E.B., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-53861-2020**

## ORDER

On June 1, 2021, court reporter Jan Dugger informed the Court that appellant had neither requested, nor made arrangements to pay for, the reporter's record. Accordingly, we directed appellant to file written verification he had requested the record and paid or made arrangements to pay for the record or was entitled to proceed without payment of costs under Texas Rule of Civil Procedure 145. Appellant responded by submitting a copy of his request for the reporter's record. The request was filed with the trial court clerk on May 11, 2021.

Because it appears Ms. Dugger may not have received the request and might not have informed appellant of the cost for the record as a result, we **ORDER** Ms.

Dugger to file, no later than July 22, 2021, written verification she notified appellant of the cost for the record, the date of notification, and whether payment or payment arrangements have been made.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Dugger and the parties.

/s/    KEN MOLBERG
JUSTICE